IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| MARISOL SANTINI | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | FILED: JULY 20, 2008    LI |
| | ) | 08CV4107 |
| v. | ) No. | JUDGE   LEINENWEBER |
| | ) | MAGISTRATE  JUDGE VALDEZ |
| MENARD, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a claim for relief under Title VII of the Civil Rights Act of 1964, Title 42 U.S.C. §2000e- 2(1).. Jurisdiction is posited upon Title 28 U.S.C. §1343(4).

2. Defendant is an employer within the meaning of the Act. The conduct complained of occurred within this judicial district, at or near Plano (Kendall County) Illinois.

### ADMINISTRATIVE PROCEDURES

3. Before filing suit, plaintiffs filed a charge of discrimination against the employer with the Illinois Department of Human Rights on November 30, 2007. The Equal Employment Opportunity Commission was notified of said charge. Within ninety days of the date of receiving her right-to-sue letter from the Equal Employment Opportunity Commission this suit was filed.

## STATEMENT OF CLAIM

4.      On or about September 7, 2007, plaintiff, MARISOL SANTINI, was discriminated against in the terms, conditions and privileges of her employment by defendant as a machine operator when she was sexually harassed because of her gender, then retaliated against for reporting such hostile work environment, in violation of 42 U.S.C. 2000e-2(a)(1) and 2000e-3.  After reporting sexual harassment to her store managers, the employer failed to take prompt and appropriate corrective action to remediate the gender-based discrimination, as more fully set forth in her attached charge of discrimination, Ex. A.

## PRAYER FOR RELIEF

5.      Wherefore, plaintiff, MARISOL SANTINI, asks the court to enter judgment, upon the verdict of a jury, in her favor, and against the defendant, MENDARD, INC., for all reasonable relief to which she may be entitled under 42 U.S.C. 1981a, §2000e-5(g) and (k), and 42 U.S.C. 1981a.

_____
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO
   & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1330
Chicago, Illinois 60602
Telephone:  (312) 346-8920
Telefax:  (312) 346-5988

Attorney for Plaintiff

LI
08CV4107
JUDGE    LEINENWEBER
MAGISTRATE JUDGE VALDEZ

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>MARISOL SANTINI | HOME TELEPHONE (include area code)<br>630-615-1403 | |
|---|---|---|
| STREET ADDRESS<br>612 NORTH ROSEDALE | CITY, STATE AND ZIP CODE<br>AURORA, Il 60506 | DATE OF BIRTH<br>3 /23 83 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>MENARD, INC d/b/a MENARD'S | NUMBER OF EMPLOYEES, MEMBERS 15+<br>15+ | TELEPHONE (Include area code)<br>630-552-2400 |
|---|---|---|
| STREET ADDRESS<br>2611 ELDAMAIN RD. | CITY, STATE AND ZIP CODE<br>PLANO, IL 60545 | COUNTY<br>KENDALL |

| NAME | TELEPHONE (include area code) | |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>SEXUAL HARASSMENT.    RETALIATION. | DATE OF DISCRIMINATION<br>SEP 7 2007<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>/ /      / /<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

SEE ATTACHED.

**Ernest T. Rossiello**
*Attorney at Law*
134 North LaSalle St., #1330
Chicago, IL 60602-1137
(312) 346-8920

DEPT. OF HUMAN RIGHTS
SWITCHBOARD

NOV 30 2007

PLAINTIFF'S
EXHIBIT
A

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>NOTARY SIGNATURE    MONTH DATE-YEAR<br>OCT 18 2007 |
|---|---|
| OFFICIAL SEAL<br>ERNEST T ROSSIELLO<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:03/03/11<br><br>NOTARY SEAL | OCT 18 2007<br>X _____<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

FORM 5 (5 05)

**Marisol Santini v. Menard's**

## STATEMENT OF PARTICULARS

My name is MARISOL SANTINI and, I am currently employed as a machine operator for MENARD'S, in Plano, Illinois. I often earned about $12.50 an hour. I am 24 years of age. I began working for MENARD'S on or about December 1, 2003. Since about September 7, 2007 MENARD's has been retaliating against me because I reported sexual harassment in my workplace.

During the time employed, the terms, conditions and privileges of my employment were materially affected because of my gender when ALFONSO AGUILAR, one of the company's area leaders, sexually harassed me on many occasions. ALFONSO's inappropriate workplace conduct within this year, consisted of:

1. My original job position was in Quality Control but after reporting sexual harassment from BRIAN BRANDIS (which consisted of him pulling his pants down in front of me, and verbal sexual harassment that was caught on video tape which those written reports were made) I asked to be switched to another shift since BRIAN was not reprimanded for his actions against me. Because I was embarrassed and afraid I initially told management that I needed another shift because I had to take my nieces to school. After management made me feel like I was to blame for the unwarranted sexual harassment and that I was not a victim, I was scared and embarrassed so that is why I really wanted to switch shifts. Even after I reported the actions by BRIAN to management his offensive conduct continued and he kept bothering me. I reported the sexual harassment to CHUCK my Plant Manager. He switched me to a job as line worker. That is when the sexual harassment from ALFONSO AGUILAR began. I was

1

told to work with ALFONSO on his line and immediately after I started this new position, ALFONSO began asking me out on dates. His conduct was very inappropriate. I was very bothered by this because he is married and has children and I repeatedly told him no. So I went back to CHUCK to inform him about what was happening during work hours. He was the same manager to whom I reported the sexual harassment from BRIAN. I hoped that in talking to him he would tell ALFONSO to leave me alone so that I could do my job. CHUCK stated that he would talk to ALFONSO about it; however, nothing was ever done about it. I was furious and hurt that nothing was being done, and my concerns for my safety, where being overlooked.

2. Even after my complaints the harassment continued and escalated. ALFONSO would constantly harass me during work while we were working together in line operations as line workers. For instance, he would put his hand on my back, or brush my breast with his elbow. In this job position it is not necessary to work so close to one another and he would purposely pass in between the conveyor belt and brush up against my breasts with his body. I knew that by him doing this constantly it was no accident. I was very uncomfortable and scared to be working in conditions like this because he would try to brush up against me almost daily. I was constantly worried for my safety and the brushing up against my body had continued over the next month. I finally had it with the atmosphere I was subjected to and job positions that required me to work with ALFONSO with I went to one of the managers BRENT to complain. I felt that since CHUCK did not do anything about my complaints that BRENT would be able to stop the harassment from ALFONSO. I told him that ALFONSO had touched me and it

2

made me uncomfortable.  BRENT jokingly stated, " Does he (ALFONSO) know you're mine."  After I reported it to him, nothing was done to stop the harassment.

    3.  ALFONSO continued to harass me and then began making graphic sexual comments to me during my employment such as he would ask me how I would like different sexual positions.  He would out of the blue ask me very personal sexual questions about my personal life.  After I told him I did not like the offensive comments he would repeatedly say them and continue even after I told him to stop. After repeatedly being subjected to his offensive behavior I went to complain to another manager since the previous two had done nothing about my complaints.  I spoke to MIGUEL about the sexual harassment and I believe he had a talk with ALFONSO because the sexual harassment stopped for 1 ½ months.  But after a month and a half it started again and was even worse than the previously experienced sexual harassment.

    4.  On one incident ALFONSO came up from behind me and put his arms around me right underneath my breasts and pulled me in close.  I was very embarrassed, angry, humiliated, and felt extremely violated.  I yelled at him to stop.

    5.  Another incident happened when I was bending down to pick the spoon up he bumped me and put his lower waist right in front of my face.  I quickly pulled back and was afraid of what he was trying to do.  After this incident, I attempted again to see another manager in hopes that this issue would be resolved.  I went to speak to JERRY and told him everything that was going on.  I told him that, "I can't take it anymore and you don't understand what it feels like to be touched by someone you don't want touching you."  His (JERRY) answer to me was, " You don't know how hard it is to be a manager, I wish you could be a manager for a day and you will understand I have so

3

many things going on at once. ALFONSO would pick on me and give me a hard time in front of everyone. I went to speak to CHUCK again and was told he will do something about it.

6. ALFONSO repeatedly called me names in Spanish that have a sexual nature or meaning to them. For example, he constantly called me "Chupitos", which translates roughly to "someone sucking on something". But he too, did nothing to fix the problem of ALFONSO harassing me, so I went to another manager named MATT to report the incidents.

7. On one occasion ALFONSO walked up from behind me when I was not looking and pushed his groin into my buttocks as he passed.

After asking CHUCK, BRENT, MIGUEL and JERRY repeatedly to be on another line I was finally put in another line around May 2, 2007. I was still very concerned about the treatment I endured when working with ALFONSO and since the only solution to this problem to place me in another work line I decided to report the sexual harassment to KIP who is the head supervisor. I walked up to KIP and asked him to set up a meeting I requested that ALFONSO and myself both be there in an attempt to stop the sexual harassment. He told me that he would meet with me at the end of the day but it never happened. He never showed up. The next day KIP arrived at the plant I went up to him and told him what was going on. I explained how I felt I was being sexually harassed daily and that nothing was being done about it. KIP then said I have no evidence and that if he were going to do anything about the problem then he would have to fire ALFONSO and me. He stated that there is nothing he can do. I

4

told him if that is what it took for something to finally be done about the sexual harassment then fine.

Around the week of May 18, 2007 I was told by JERRY the fourth manager I reported the sexual harassment to that if these "rumors" I was making continued that I would be fired. In September 2007, I went back to CHUCK and told him that ALFONSO continued to make me feel uncomfortable and talk about me loud enough for people to hear.  On October 9, 2007 I complained to a new manager MATT, and told him what happened.  He said he would talk to CHUCK.  MENARD's was not taking my complaints seriously.  I felt that because I reported the sexual harassment and to so many managers that the easiest way to solve the reoccurring problem was to terminate me.  Beginning about September 7, 2007, I began to feel that my managers have been retaliating against me because I spoke up to Menard's head supervisor of the plant (KIP).  I feel as if they are just trying to get rid of me by either forcing me to quit or they and just looking for any reason to terminate me.

I have felt extremely uncomfortable during the entire duration of my employment at MENARD's.  I have wanted to quit under the present work circumstances, but I continue to work at MENARD's because I have to support myself financially.  I am only 24 years of age and single.  I believe that I have been threatened to be discharged fro my job for opposing practices made unlawful by the Illinois Human Rights Act and Title VII of the Civil Rights Act of 1964.

As a result of the unlawful discrimination, I have been embarrassed, humiliated, inconvenienced and economically harmed.

Dated: November 29, 2007
       Chicago, Illinois

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the within and foregoing document was served upon the respondent on the 29th of November, 2007 at their address of record via first class mail with proper postage fully pre-paid from the U.S. mail depository at 134 N. LaSalle Street, Suite 1330, Chicago, Illinois 60602.

_____
ERNEST T. ROSSIELLO