# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
MARISOL SANTINI

**DEFENDANTS**
MENARD, INC.

FILED: JULY 20, 2008  LI
08CV4107
JUDGE LEINENWEBER
MAGISTRATE JUDGE VALDEZ

**(b)** County of Residence of First Listed Plaintiff  Kendall
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ERNEST T. ROSSIELLO
134 N. LaSalle Street, Suite 1330
Chicago Il 60602

Attorneys (If Known)
Rob Geske
MENARD, INC.
4777 Menard Drive

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 442 Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Title VII suit for sexual harassment, 42 U.S.C. 2000e-2.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE July 16, 2008
SIGNATURE OF ATTORNEY OF RECORD