**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 CV 41707

MARISON SANTINI,

    v.

MENARD, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENARD, INC.

| NAME (Type or print) |
| --- |
| Garry B. Zak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Garry B. Zak |
| FIRM |
| Lewis Brisbois Bisgaard & Smith, LLP |
| STREET ADDRESS |
| 550 West Adams Street, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6278770 | 312-463-3316 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARISOL SANTINI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4107 |
| | ) | |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | Magistrate Judge Maria Valdez |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed an Appearance as Attorney for Defendant Menard, Inc., with the Clerk of the Court using the CM/ECF system.

**Ernest Thomas Rossiello**
Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street
Suite 1330
Chicago, IL 60602
Telephone:    312-346-8920
Facsimile:    312-346-5988
Email:etrlaw@aol.com

                    **s/Garry B. Zak**
                    Attorney Bar No. 6278770
                    Lewis Brisbois Bisgaard & Smith LLP
                    550 West Adams, Ste. 300
                    Chicago, IL 60661
                    Telephone:    312-345-1718
                    Facsimile:    312-345-1778
                    Email: gzak@lbbslaw.com