**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARISOL SANTINI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2008 CV 4107 |
| v. | ) | |
| | ) | |
| MENARD, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

TO:    Michael W. Dobbins, Clerk of the Court

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(i) F.R.Civ.P., hereby dismisses this suit.

_____

ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO &
ASSOCIATES, P.C.
134 North LaSalle Street
Suite 1330
Chicago, Illinois 60602
(312) 346-8920

Attorney for Plaintiff

Dated:   July 31, 2008
        Chicago, Illinois